UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.                                                        CRIMINAL NO. 3:08-CR-0079 DPJ JCS

KIMBERLY GENTRY
CANDANCE BROWN,
LATONYA CASNELL, and
JAMAAL TYLER

## ORDER OF DISMISSAL OF REMAINING COUNTS
## AS TO DEFENDANT JAMAAL TYLER WITHOUT PREJUDICE

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Counts 2 and 8 of the Indictment against defendant JAMAAL TYLER without prejudice.

> Respectfully submitted,
>
> STAN HARRIS
> Acting United States Attorney
>
> /s/Dave Fulcher
> By:   DAVE FULCHER
> Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal of Counts 2 and 8 as to defendant JAMAAL TYLER without prejudice.

**SO ORDERED AND ADJUDGED** this the 28th day of August, 2009.

> s/ *Daniel P. Jordan III*
> UNITED STATES DISTRICT JUDGE